# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

JOSEPH MEDEIROS

V.

CAPE COD EXPRESS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-11525 REK**

TO: (Name and address of Defendant)
CAPE COD EXPRESS, INC.
44 TOBEY AVENUE
WAREHAM, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DANIEL R. SUMNER
SUMNER LAW ASSOCIATES
2348 POST ROAD
WARWICK, RI 02886

an answer to the complaint which is served on you with this summons, within (60) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK




DATE 7-8-04

(By) DEPUTY CLERK



**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

*Deputy Sheriff*

☐ Other (specify): ______________________________

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________________
Date *Signature of Server*

______________________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.