UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MEDEIROS,<br>Plaintiff | )<br>)<br>) |
| VS. | )<br>) CIVIL ACTION<br>) NO. 04-11525 REK |
| CAPE COD EXPRESS, INC.,<br>Defendant | )<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for CAPE COD EXPRESS, INC., defendant in the above-referenced action.

*[signature]*
Thomas W. Beliveau, Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608
(508) 751-5121
BBO #548001

September 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the parties to this action by mailing a copy thereof, first class, postage prepaid, to the following counsel of record:

Daniel R. Sumner, Esq.
Sumner Law Associates, Inc.
2348 Post Road
Warwick, RI 02886

*[signature]*
Thomas W. Beliveau, Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608
(508) 751-5121
BBO #548001

September 15, 2004