UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH MEDEIROS            :
                           :
v.                         :     CA. NO. 04-11525 REK
                           :
CAPE COD EXPRESS, INC.,    :

## STIPULATION

By agreement of the parties, the time in which Plaintiff has to answer interrogatories and produce documents is extended up to and including September 30, 2005.

_____          _____
Thomas W. Beliveau, Esq.                 Daniel R. Sumner, Esq.
340 Main Street                          2348 Post Road
Suite 817                                Suite 202
Worcester, MA 01608                      Warwick, RI 02886


Dated: 8/30/05