UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 SEP 27  A 11: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOSEPH MEDEIROS,<br>PLAINTIFF<br><br>V.<br><br>CAPE COD EXPRESS, INC.,<br>DEFENDANT | )<br>)<br>)<br>)    CIVIL ACTION NO. 2004-11525-REK<br>)<br>)<br>) |

### VOLUNTARY STIPULATION OF DISMISSAL PURSUANT TO Fed.R.Civ.P. 41(a)(1)

The parties to the above-entitled action, pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate that said action be voluntarily dismissed by the plaintiff as to all counts and claims.

PLAINTIFF,
By her Attorney,

*[signature]*
Daniel R. Sumner, Esquire
Sumner Law Associates
2348 Post Road
Warwick, RI 02886
BBO#

Date: 9.27.05

DEFENDANT,
By its Attorney,

*[signature]*
Thomas W. Beliveau, Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608
BBO# 548001

Date: 9/27/05